Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Attorneys for Defendant
RadioShack Corporation.

David T. Barton (#016848), dtb@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROGER SUTTERLEY, | Case No. CV07 1062 PHX JAT |
| Plaintiff, | **SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| RADIOSHACK CORPORATION, | |
| Defendant. | |

In compliance with the Court's order dated 27 January 2009, RadioShack Corporation files the following Supplemental Corporate Disclosure Statement.

Attached to this Disclosure Statement is Form SC 13G/A filed by BlackRock, Inc. That form indicates that BlackRock, Inc. owns 10.66% of the common stock of RadioShack Corporation.

RadioShack has examined its own records and the records available from public sources, and has learned that BlackRock, Inc. is, according to it's website[1], "one of the

---
[1] www2.blackrock.com/global/home/Press/AboutBlackRock/index.htm

world's largest publicly-traded investment management firms." However, RadioShack has been unable to ascertain the relationship, if any, between BlackRock, Inc. and Blackrock Investment Small Cap Index and Blackrock Basic Value Equity. The attached Form 13G/A shows that these funds are not a Parent Holding Company or Control Person of RadioShack, (*See* Item 3(g) and Item 7) but no additional information about these funds is available to RadioShack.

RESPECTFULLY SUBMITTED this 3rd day of February 2009.

                QUARLES & BRADY LLP
                Renaissance One / Two North Central Avenue
                Phoenix, AZ  85004-2391

                By s/ David T. Barton
                    David T. Barton
                    Attorneys for Defendant RadioShack Corporation

CERTIFICATE OF SERVICE

I hereby certify that on 3 February 2009 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:  **Kirk D. Hanson, khanson@gracehollis.com**.  A copy of this document was provided to the **Honorable James A. Teilborg** by United States mail.

 s/ Jeannie Fraser
QB\122024.00004\7183456.1

2